Jenny A. Covington SBN 233625
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
1600 Utica Avenue South, Suite 600
Minneapolis, MN 55416
Telephone: (612) 464-7626
Facsimile: (612) 255-7499
Email: jenny.covington@nelsonmullins.com

Jennifer T. Persky SBN 274804
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
19191 South Vermont Avenue, Suite 900
Torrance, CA 90502
Telephone: (424) 221-7400
Facsimile: (424) 221-7499
Email: jennifer.persky@nelsonmullins.com
Attorney for Defendants
THE COOPER COMPANIES, INC.
and COOPERSURGICAL, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.F. and G.H., <br><br> Plaintiffs, <br><br> v. <br><br> COOPERSURGICAL, INC., et al., <br><br> Defendants. | Case No. 4:24-cv-00643-JST <br><br> Assigned to:  Judge Jon S. Tigar <br><br> **JOINT STIPULATION TO EXTEND THE PARTIES' TIME TO RESPOND** <br><br> Hearing Date and Time: <br> Courtroom 4 – 3rd Floor <br> Complaint Filed: February 6, 2024 |
| Q.R. and S.T., <br><br> Plaintiffs, <br><br> v. <br><br> COOPERSURGICAL, INC., et al., <br><br> Defendants | Case No. 4:24-cv-00689-JST |

1

| | |
|---|---|
| I.J. and K.L.,<br><br>      Plaintiffs,<br><br>  v.<br><br>COOPERSURGICAL, INC., et al.,<br><br>      Defendants | Case No. 4:24-cv-00693-JST |
| M.N. and O.P.,<br><br>      Plaintiffs,<br><br>  v.<br><br>COOPERSURGICAL, INC., et al.,<br><br>      Defendants | Case No. 4:24-cv-00696-JST |
| A.B. and C.D.,<br><br>      Plaintiffs,<br><br>  v.<br><br>COOPERSURGICAL, INC., et al.,<br><br>      Defendants | Case No. 4:24-cv-01061-JST |
| J.B. and M.B.,<br><br>      Plaintiffs,<br><br>  v.<br><br>COOPERSURGICAL, INC., et al.,<br><br>      Defendants | Case No. 4:24-cv-01085-JST |
| CLF 001 and CLF 002,<br><br>      Plaintiffs,<br><br>  v.<br><br>COOPERSURGICAL, INC., et al.,<br><br>      Defendants | Case No. 4:24-cv-01192-JST |

JOINT STIPULATION TO EXTEND THE PARTIES' TIME TO RESPOND

| | |
|---|---|
| CLF 003 and CLF 004, | Case No. 4:24-cv-01193-JST |
| Plaintiffs, | |
| v. | |
| COOPERSURGICAL, INC., et al., | |
| Defendants | |
| CLF 005 and CLF 006, | Case No. 4:24-cv-01194-JST |
| Plaintiffs, | |
| v. | |
| COOPERSURGICAL, INC., et al., | |
| Defendants | |
| J.S. and A.S., | Case No. 4:24-cv-01353-JST |
| Plaintiffs, | |
| v. | |
| COOPERSURGICAL, INC., et al., | |
| Defendants | |
| J.K. and L.M., | Case No. 4:24-cv-01680-JST |
| Plaintiffs, | |
| v. | |
| COOPERSURGICAL, INC., et al., | |
| Defendants | |
| JAMIE WOODS and LEE WOODS, | Case No. 4:24-cv-01745-JST |
| Plaintiffs, | |
| v. | |
| COOPERSURGICAL, INC., et al., | |
| Defendants | |

| | |
|---|---|
| R.S.,<br><br>                      Plaintiff,<br><br>    v.<br><br>COOPERSURGICAL, INC., et al.,<br><br>                      Defendants | Case No. 4:24-cv-02031-JST |
| N.O and P.Q.,<br><br>                      Plaintiffs,<br><br>    v.<br><br>COOPERSURGICAL, INC., et al.,<br><br>                      Defendants | Case No. 4:24-cv-02042-JST |
| BROOKE OXENDINE and MICHAEL OXENDINE.,<br><br>                      Plaintiffs,<br><br>    v.<br><br>COOPERSURGICAL, INC., et al.,<br><br>                      Defendants | Case No. 4:24-cv-02168-JST |
| ANDREA O'BRIEN and KYLE O'BRIEN,<br><br>                      Plaintiffs,<br><br>    v.<br><br>COOPERSURGICAL, INC., et al.,<br><br>                      Defendants | Case No. 4:24-cv-02580-JST |
| A.A.,<br><br>                      Plaintiff,<br><br>    v.<br><br>COOPERSURGICAL, INC., et al., | Case No. 4:24-cv-02582-JST |

|  |  |
|---|---|
| Defendants | |
| A.F. and L.F., | Case No. 4:24-cv-02610-JST |
| Plaintiffs, | |
| v. | |
| COOPERSURGICAL, INC., et al., | |
| Defendants | |
| B.B. and C.C., | Case No. 4:24-cv-02722-JST |
| Plaintiffs, | |
| v. | |
| COOPERSURGICAL, INC., et al., | |
| Defendants | |
| X.Y. and Z.A., | Case No. 4:24-cv-03219-JST |
| Plaintiffs, | |
| v. | |
| COOPERSURGICAL, INC., et al., | |
| Defendants | |
| D.D. and E.E., | Case No. 4:24-cv-03527-JST |
| Plaintiffs, | |
| v. | |
| COOPERSURGICAL, INC., et al., | |
| Defendants | |
| F.F. and G.G., | Case No. 4:24-cv-03530-JST |
| Plaintiffs, | |
| v. | |
| COOPERSURGICAL, INC., et al., | |

|  |  |
|---|---|
| Defendants | |
| J.J. and K.K., | Case No. 4:24-cv-03536-JST |
| Plaintiffs, | |
| v. | |
| COOPERSURGICAL, INC., et al., | |
| Defendants | |
| H.H. and I.I., | Case No. 4:24-cv-03568-JST |
| Plaintiffs, | |
| v. | |
| COOPERSURGICAL, INC., et al., | |
| Defendants | |
| E.F. and G.H., | Case No. 4:24-cv-04110-JST |
| Plaintiffs, | |
| v. | |
| COOPERSURGICAL, INC., et al., | |
| Defendants | |
| M.N. and O.P., | Case No. 4:24-cv-04122-JST |
| Plaintiffs, | |
| v. | |
| COOPERSURGICAL, INC., et al., | |
| Defendants | |
| I.J. and K.L., | Case No. 4:24-cv-04180-JST |
| Plaintiffs, | |
| v. | |
| COOPERSURGICAL, INC., et al., | |

|  |  |
|---|---|
| Defendants | |
| Y.Z. and A.A., | Case No. 4:24-cv-04475-JST |
| Plaintiffs, | |
| v. | |
| COOPERSURGICAL, INC., et al., | |
| Defendants | |
| D.D., | Case No. 4:24-cv-05140-JST |
| Plaintiff, | |
| v. | |
| COOPERSURGICAL, INC., et al., | |
| Defendants | |
| E.E. and F.F., | Case No. 4:24-cv-05135-JST |
| Plaintiffs, | |
| v. | |
| COOPERSURGICAL, INC., et al., | |
| Defendants | |
| M.M. and N.N., | Case No. 4:24-cv-06307-JST |
| Plaintiffs, | |
| v. | |
| COOPERSURGICAL, INC., et al., | |
| Defendants | |
| G.G. and H.H., | Case No. 4:24-cv-05517-JST |
| Plaintiffs, | |
| v. | |
| COOPERSURGICAL, INC., et al., | |
| Defendants | |

JOINT STIPULATION TO EXTEND THE PARTIES' TIME TO RESPOND

| | |
|---|---|
| I.I. and J.J.,<br><br>                           Plaintiffs,<br><br>    v.<br><br>COOPERSURGICAL, INC., et al.,<br><br>                           Defendants | Case No. 4:24-cv-06047-JST |
| Q.R. and S.T.,<br><br>                           Plaintiffs,<br><br>    v.<br><br>COOPERSURGICAL, INC., et al.,<br><br>                           Defendants | Case No. 4:24-cv-05120-JST |
| B.B. and C.C.,<br><br>                           Plaintiff,<br><br>    v.<br><br>COOPERSURGICAL, INC., et al.,<br><br>                           Defendants | Case No. 4:24-cv-04405-JST |

Pursuant to Civil Local Rule 6, Plaintiffs in the above-captioned related cases ("Plaintiffs") and Defendants CooperSurgical Inc. and The Cooper Companies, Inc. ("Defendants") (collectively, the "Parties"), hereby stipulate and agree to extend the deadlines for the Parties to respond in each matter, stating as follows:

WHEREAS, Plaintiffs filed Complaints in the above-captioned related cases in the United States District Court in the Northern District of California;

WHEREAS, the Parties previously stipulated to extend certain initial responsive deadlines in several of the above-captioned related cases;

WHEREAS, at the Case Management Conference on May 6, 2024, the Court directed the Parties to address threshold issues of personal jurisdiction and venue through an initial round of briefing in one

8
JOINT STIPULATION TO EXTEND THE PARTIES' TIME TO RESPOND

of the related matters, *Kearsten Walden and Zachary Walden v. CooperSurgical, Inc. et al.*, Case No. 4:24-cv-00903-JST;

WHEREAS, the parties in *Walden* completed an initial round of briefing, including Motions to Dismiss (*see* ECF 16, 17, 39, 41, 42, 46, 48);

WHEREAS, the Court issued its ruling on Defendants' Motions to Dismiss in *Walden* on September 9, 2024 (*see* ECF 51), in which it granted CooperCompanies' Motion to Dismiss on Rule 8 grounds, and granted CooperSurgical's Motion to Dismiss on jurisdictional grounds, with leave to amend and an allowance for jurisdictional discovery;

WHEREAS, the parties in *Walden* are currently engaged in court-ordered jurisdictional discovery;

WHEREAS, the Court further ordered a case management conference for January 15, 2025;

WHEREAS, the Court ordered that following any amendment and jurisdictional discovery, Defendants may renew their motions;

WHEREAS, the Parties agree that efficiency dictates extending deadlines in the above-captioned case until the parties have completed jurisdictional discovery in *Walden*, and Plaintiffs file amended complaints;

WHEREAS, a motion to centralize the various cases was also filed on June 26, 2024, before the Judicial Panel on Multidistrict Litigation ("JPML");

WHEREAS, on October 4, 2024, the JPML entered an order denying the centralization motion;

WHEREAS, by entering into this stipulation, Defendants do not hereby waive any arguments they may have concerning personal jurisdiction and venue;

WHEREAS, the requested extension will not prejudice any Party and will not impact the timely resolution of this matter;

NOW, THEREFORE, the Parties stipulate to extending the time for the Parties to respond in the above-captioned related cases until and including **Friday, April 4, 2025**.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: December 2, 2024

| | |
|---|---|
| /s/ *Tracey B. Cowan* | /s/ *Sarah R. London* |
| Tracey B. Cowan | Sarah Robin London |
| **CLARKSON LAW FIRM, P.C.** | Tiseme Gabriella Zegeye |
| 95 3rd St., 2nd Floor | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| San Francisco, CA 94103 | |
| Telephone: (213) 788-4050 | |
| Facsimile: (213) 788-4070 | 275 Battery Street, 29th Floor |
| Email: tcowan@clarksonlawfirm.com | San Francisco, CA 94111-3339 |
| | Telephone: (415) 956-1000 |
| Ryan J. Clarkson | Facsimile: (415) 956-1008 |
| Shireen M. Clarkson | Email: tzegeye@lchb.com |
| Olivia Eve Davis | Email: slondon@lchb.com |
| **CLARKSON LAW FIRM, P.C.** | |
| 22525 Pacific Coast Highway | Hannah R. Lazarz (*pro hac vice forthcoming*) |
| Malibu, CA 90265 | hlazarz@lchb.com |
| Telephone: (213) 788-4050 | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| Facsimile: (213) 788-4070 | |
| Email: rclarkson@clarksonlawfirm.com | |
| Email: sclarkson@clarksonlawfirm.com | |
| Email: odavis@clarksonlawfirm.com | 222 2nd Avenue South, St 1640 |
| | Nashville, TN 37201-2379 |
| *Attorneys for Plaintiffs E.F. and G.H.; Q.R. and S.T.; I.J. and K.L.; M.N. and O.P.; CLF 001 and CLF 002; CLF 003 and CLF 004; CLF 005 and CLF 006* | Telephone: 615.313.9000 |
| | Facsimile: 615.313.9965 |
| | |
| | *Attorneys for Plaintiffs Kearsten Walden and Zachary Walden; Jamie Woods and Lee Woods; Brooke Oxendine and Michael Oxendine; Andrea O'Brien and Kyle O'Brien; A.A.; B.B. and C.C.; D.D. and E.E.; F.F. and G.G.; J.J. and K.K.; H.H. and I.I.* |

| | |
|---|---|
| /s/ Dena C. Sharp | /s/ Adam B. Wolf |
| Dena C. Sharp (State Bar No. 245869) | Adam Brett Wolf |
| Adam E. Polk (State Bar No. 273000) | **PEIFFER WOLF CARR KANE** |
| Nina R. Gliozzo (State Bar No. 333569) | **CONWAY & WISE, LLP** |
| **GIRARD SHARP LLP** | 555 Montgomery Street, Suite 820 |
| 601 California Street, Suite 1400 | San Francisco, CA 94111 |
| San Francisco, CA 94108 | Telephone: (415) 766-3545 |
| Telephone: (415) 981-4800 | Email: awolf@peifferwolf.com |
| Facsimile: (415) 981-4846 | |
| Email: dsharp@girardsharp.com | Melisa Rosadini-Knott |
| Email: apolk@girardsharp.com | **PEIFFER WOLF CARR KANE** |
| Email: ngliozzo@girardsharp.com | **CONWAY & WISE, LLP** |
| | 3435 Wilshire Blvd., Suite 1400 |
| Joseph G. Sauder | Los Angeles, CA 90010 |
| **SAUDER SCHELKOPF LLC** | Telephone: (323) 982-4109 |
| 1109 Lancaster Avenue | Email: mrosadini@peifferwolf.com |
| Berwyn, PA 19212 | |
| Telephone: (888) 711-9975 | Corey Morgenstern |
| Facsimile: (610) 421-1326 | Michael A. Rose |
| Email: jgs@sstriallawyers.com | **HACH & ROSE LLP** |
| Email: mds@sstriallawyers.com | 112 Madison Avenue, 10th Floor |
| Email: jtm@sstriallawyers.com | New York, NY 10016 |
| | Telephone: (212) 779-0057 |
| *Counsel for Plaintiffs A.B. and C.D.; J.K. and L.M.; R.S.; N.O. and P.Q.; X.Y. and Z.A.; E.F. and G.H.; M.N. and O.P.; I.J. and K.L.; Y.Z. and A.A.; B.B. and C.C.; E.E. and F.F.; D.D.; G.G. and H.H.; I.I. and J.J.; M.M. and N.N.; Q.R. and S.T.* | Email: csmorgenstern21@gmail.com |
| | Email: info@hachroselaw.com |
| | |
| | *Attorneys for Plaintiffs J.B. and M.B.* |
| /s/ Joseph M. Lyon | /s/ M. Elizabeth Graham |
| Joseph M Lyon | M. Elizabeth Graham |
| **THE LYON FIRM** | **GRANT & EISENHOFFER, P.A.** |
| 9210 Irvine Center Drive | 2325 E. 3rd Street, Suite 329 |
| Irvine, CA 92618 | San Francisco, CA 94107 |
| Telephone: (513) 381-2333 | Telephone: (415) 229-9720 |
| Facsimile: (513) 766-9011 | Facsimile: (415) 229-9720 |
| Email: jlyon@thelyonfirm.com | Email: egraham@gelaw.com |
| | |
| *Attorneys for Plaintiffs J.S. and A.S.* | Sindhu S. Daniel |
| | Samantha R. Mertz |
| | Cindy B. Morgan |
| | **GRANT & EISENHOFFER, P.A.** |
| | 123 Justison Street, 7th Floor |
| | Wilmington, DE 19801 |
| | Telephone: (302) 622-7000 |
| | Facsimile: (302) 622-7100 |
| | Email: sdaniel@gelaw.com |

Email: smertz@gelaw.com
Email: cmorgan@gelaw.com

*Attorneys for Plaintiffs A.F. and L.F.*

      */s/ Jenny A. Covington*
Jenny A. Covington
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
1600 Utica Avenue South, Suite 600
Minneapolis, MN 55416
Telephone: (612) 464-7626
Facsimile: (612) 255-0739
Email: jenny.covington@nelsonmullins.com

Carolyn Taylor
Roger Gallic Perkins
**Clark Hill, LLP**
One American Plaza
600 West Broadway, Suite 500
San Diego, CA 92101
Telephone: (619) 557-0404
Facsimile: (619) 557-0460
Email: ctaylor@clarkhill.com
Email: rperkins@clarkhill.com

Elizabeth Ann Evans
David M. Perl
**Clark Hill, LLP**
555 South Flower Street, 24th Floor
Los Angeles, CA 90071
Telephone: 213-891-9100
Email: eevans@clarkhill.com
Email: dperl@clarkhill.com

*Counsel for Defendants, CooperSurgical, Inc. and The Cooper Companies, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

      Hon. Jon S. Tigar
United States District Court Judge

## **ATTESTATION OF FILER**

Pursuant to Local Rule 5-4.3.4, the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 2, 2024                  */s/ Jenny A. Covington*
Jenny A. Covington

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 2, 2024 I electronically filed the foregoing document entitled **JOINT STIPULATION TO EXTEND THE PARTIES' TIME TO RESPOND** with the Clerk of Court using the CM/ECF System, which will send a notice of electronic filing to all Counsel of record in this action.

           */s/ Jenny A. Covington*
           Jenny A. Covington

4877-9049-7023