**CLARKSON LAW FIRM, P.C.**
Tracey B. Cowan (SBN 250053)
*tcowan@clarksonlawfirm.com*
95 3rd St., 2nd Floor
San Francisco, CA 94103
Tel: (213) 788-4050
Fax: (213) 788-4070

**CLARKSON LAW FIRM, P.C.**
Shireen M. Clarkson (SBN 237882)
*sclarkson@clarksonlawfirm.com*
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfim.com*
Olivia E. Davis (SBN 353041)
*odavis@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel.: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLF 003, an individual; and CLF 004, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COOPERSURGICAL, INC.; THE COOPER COMPANIES, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 4:24-cv-1193-JST<br><br>**NOTICE OF VOLUNTARY <u>DISMISSAL WITHOUT PREJUDICE</u>** |

Plaintiffs CLF 003 and CLF 004 hereby give notice of the voluntary dismissal of their action as to all defendants, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), no defendants having served an answer or a motion for summary judgement.

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050 F: (213) 788-4070 | clarksonlawfirm.com

DATED: December 23, 2024

Respectfully Submitted,

*/s/ Tracey Cowan*
Tracey B. Cowan (SBN 250053)
**CLARKSON LAW FIRM, P.C.**
95 3rd St., 2nd Floor
San Francisco, CA 94103
Tel: (213) 788-4050
Fax: (213) 788-4070

Shireen M. Clarkson (SBN 237882)
Ryan J. Clarkson (SBN 257074)
Olivia E. Davis (SBN 353041)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Highway
Malibu, CA 90265
Tel.: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff*